Appellants, v VILLAGE OF MANLIUS et al., Respondents.—Judgment unanimously affirmed, without costs, on the decision at Special Term, Roy, J. (Appeal from judgment of Onondaga Supreme Court—art 78.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

██ In the Matter of ROCHESTER URBAN RENEWAL AGENCY, Appellant, v BARBARA GRAY, Respondent. (Appeal No. 1.)—Judgment unanimously affirmed, with costs, for the reasons stated in the opinion at Trial Term, Dugan, J. (Appeal from judgment of Monroe Supreme Court—condemnation.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

██ In the Matter of ROCHESTER URBAN RENEWAL AGENCY, Appellant, v SEYMOUR GRAY, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed, with costs, for the reasons stated in the opinion at Trial Term, Dugan, J. (Appeal from judgment of Monroe Supreme Court—condemnation.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

██ In the Matter of ROCHESTER URBAN RENEWAL AGENCY, Appellant, v MARVIN GRAY, Respondent. (Appeal No. 3.)—Judgment unanimously affirmed, with costs, for the reasons stated in the opinion at Trial Term, Dugan, J. (Appeal from judgment of Monroe Supreme Court—condemnation.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

██ In the Matter of ROCHESTER URBAN RENEWAL AGENCY, Appellant, v DAVID GRAY, as Executor of ISAAC GRAY, Deceased, et al., Respondents. (Appeal No. 4.)—Judgment unanimously affirmed, with costs, for the reasons stated in the opinion at Trial Term, Dugan, J. (Appeal from judgment of Monroe Supreme Court—condemnation.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

██ In the Matter of ROCHESTER URBAN RENEWAL AGENCY, Appellant, v MARVIN GRAY et al., Respondents. (Appeal No. 5.)—Judgment unanimously affirmed, with costs, for the reasons stated in the opinion at Trial Term, Dugan, J. (Appeal from judgment of Monroe Supreme Court—condemnation.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

██ SANDRA M. MEVOLI, Respondent, v FRANK MEVOLI, Appellant,—Order unanimously affirmed, with costs, for the reasons stated at Special Term, Stone, J. (Appeal from order of Onondaga Supreme Court—modify divorce.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

██ In the Matter of IAN HUNTER et al., Appellants, v FREDERICK G. COMPAGNI, SR., et al., Constituting the Board of Elections of the State of New York, Respondents. (Appeal No. 1.)—Judgment unanimously affirmed, without costs. Memorandum: In the first of these two consolidated proceedings, petitioners seek to invalidate the designating petition filed by respondent candidates for the positions of delegates and alternates to the Republican National Convention from the Thirty Second Congressional District of New York. In the other proceeding, petitioners seek to have their own designating petition for the same positions validated. Objection to respondent candidates' designating petition was based upon the fact that some of the petition sheets were altered after their authentication. The alteration consisted of inserting the following hand-stamped phrase directly above the signatures, "In witness whereof, I have hereunto set my hand, the day and year opposite my signature." Although this phrase is used on the form provided by statute for petition sheets (Election Law, § 6-132, subd 1), its omission has been held not to result in invalidation of the designating petition *(Matter of Cairo v Harwood,* 42 NY2d 1098). We agree with Special